TISDALE LAW OFFICES    Fax:2032541641    Jul 8 2008 17:38    P.01

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX (212) 869-0067

TEL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRING STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX (203) 254-1641



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

June 11, 2008

Daniel Patrick Moynihan
United State Courthouse
500 Pearl St., Room 1320
New York, NY 10007
Attn: Clerk's Office

    Re:    Devi Trading Co. Limited v. Land, Air & Sea Transport Ltd. and Hua Dao
           Shipping (Far East) Limited
           Docket Number: 08 Civ. 5005
           Our Reference Number: 08-1899

To Whom It May Concern:

    Pursuant to the attached Court Orders, please be advised that the Plaintiff in the above matter has captured funds of the Defendant. Therefore, as required by Judge Preska, this letter should serve as notice to the Clerk of the Court.

    As per further ordered by Judge Preska, the Clerk is instructed to unseal this file and accept all of the pleadings herein.

Respectfully yours,

*Claurisse C. Orozco*
Claurisse Campanale-Orozco

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

mt/enclosures

*July 9, 2008*