UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DEVI TRADING CO. LIMITED                              :

             Plaintiff,                    :

  - against -                                     :

LAND, AIR & SEA TRANSPORT LTD.          :
and HUA DAO SHIPPING (FAR EAST)        :
LIMITED                                                    :

             Defendant.                  :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/11/08___

08 CV 5005
ECF CASE

## VOLUNTARY ORDER STAYING MATTER PENDING ARBITRATION

The Plaintiff, by its undersigned attorneys, Tisdale Law Offices, LLC, having instit[uted]

the above captioned matter and obtained the sought after relief of security pursuant to Rule [B]

the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Mariti[me]

Claims, and there having been no appearance from the defendant that the above-captioned [matter]

be and hereby is voluntarily stayed pending the resolution of London arbitration pursuant to [9]

U.S.C. §8 and 9 U.S.C. §§201-208.

Dated: August 6, 2008
     New York, NY

*Counsel shall inform the
Court of the status of the action
by letter no later than
October 31, 2008*

SO ORDERED,

*Loretta A Preska*
U.S.D.J.

*August 8, 2008*

THE PLAINTIFF,
DEVI TRADING CO. LIMITED

*Clairisse Orozco*

Clairisse Campanale-Orozco (CO 5581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel. (212) 354-0025 / Fax (212) 869-0[ ]
corozco@tisdale-law.com

11 WEST 42ND STREET. SUITE 900
NEW YORK. NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STR
SOUTHPORT. CT 06
(203) 254-8
FAX: (203) 254-1

WWW.TISDALE-LAW.C

August 6, 2008

*Via Facsimile  212 805 7941*
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

**Re:**  **Devi Trading Co. Limited v. Land, Air & Sea Transport Ltd. and Hua Dao
Shipping (Far East) Limited**
Docket Number: 08 Civ. 5005
Our Reference Number: 08-1899

Dear Sir or Madam:

We represent Devi Trading Co. Limited in the above referenced lawsuit. We
have today filed a Voluntary Order Staying Matter Pending Arbitration and enclose a
copy herewith for your Honor's ready reference.

Respectfully yours,

Dawn C. Kubie

/Enclosure