BLANK ROME LLP
Attorneys for Defendant
HUA DAO SHIPPING (FAR EAST) LTD.
and Intervenor BM SHIPPING GROUP SPA
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVI TRADING CO. LTD.<br><br>Plaintiff,<br><br>-against-<br><br>LAND AIR & SEA TRANSPORTED LTD.<br>and HUA DAO SHIPPING (FAR EAST)<br>LTD.,<br><br>Defendants. | 08 CV 5005 (LAP)<br><br>**NOTICE OF MOTION TO VACATE ATTACHMENT OF $958,668.72 AND TO DISMISS COMPLAINT AGAINST DEFENDANT HUA DAO SHIPPING (FAR EAST) LTD.** |

PLEASE TAKE NOTICE that on November 21, 2008, or as soon thereafter as may be convenient to the Court, Intervenor BM Shipping Group S.p.A. ("BM") and HUA DAO SHIPPING (FAR EAST) LTD. ("Hua Dao"), will move this Court for an Order vacating the attachment of $958,668.72 ("Funds") presently being held by Garnishee Wachovia Bank and JP Morgan Chase pursuant to an Order of this Court dated May 30, 2008 (Doc. #6 on the Docket) ("Attachment Order"). The grounds of the Motion are as follows:

1.  The Funds are the property of Intervenor BM, not of any defendant. BM has standing pursuant to Supplemental Rule E(4)(f) for Admiralty and Maritime Claims and Asset Forfeiture Claims ("Supplemental Rules") to intervene and seek the release of the Funds to BM.

2.      The Complaint fails to state a cause of action against Huo Dao under Fed.R.Civ.P. 12(b)(6) and fails to state a "valid prima facie admiralty claim" against Hua Dao under applicable case law.

The Motion is based on the annexed Declarations and Exhibits of Umberto Nardi dated November 6, 2008; of Saleem Ahmed Shahzada dated November 6, 2008; the accompanying Memorandum of Law; and the pleadings heretofore had herein.

Opposition papers may be filed on or before November 17, 2008. Reply papers may be filed on or before November 21, 2008.

Dated:      New York, New York
            November 7, 2008

Respectfully submitted,

BLANK ROME LLP

By: _____
LeRoy Lambert (LL 3519)
Attorneys for Defendant Hua Dao Shipping
(Far East) Limited and Intervenor
BM Shipping Group SpA
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
llambert@blankrome.com

TO:   Tisdale Law Offices
      11 West 42nd Street, Suite 900
      New York, NY  10036
      Attn: Claurisse Companale-Orozco

2

128392.00602/6672506v.1